#3

UNITED STATES DISTRICT COURT

FOR THE Southern DISTRICT OF INDIANA

Trevor R. Fulk
Full name of plaintiff(s)

FILED
11/10/2026
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

v. Case No. 2:26-cv-746-JRO-MKK

Randy VanVleet,
Full name of defendant(s)
et. al.,

## MOTION FOR ASSISTANCE WITH RECRUITING COUNSEL

I request the court's assistance recruiting counsel to represent me in this action.

(Note: You may attach additional pages to this motion.)

### I. Financial Status

Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

☐ I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

☑ I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

☐ I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

Note:

**II. Attempts to Obtain Counsel** (A I.D.O.C. Prisoner has Assisted Me in writing out this

The law requires persons requesting assistance with recruiting counsel to first make a reasonable attempt to obtain counsel on their own or demonstrate that they have been effectively precluded from doing so. List all attorneys and/or law firms you have contacted to represent you in this case and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain. Complaint, and Motions).

I do not have a G.E.D. The last complete grade that I finished was 8th grade. I was always placed in remedial classes (i.e. special learing classes). I have very limited abilities in reading and writing skills, which means that I can not write any attorney for help.

**III. Ability to Litigate the Case**

1) Do you have any difficulty reading or writing English?

Yes. Please reread Above Statement.

2) What is your educational background (including how far you went in school)?

I finished out 8th grade. I was in remedial classes (i.e. special learning class), all my life

3) Do you have any physical or mental health issues that you believe affect your ability to litigate this case on your own? If so, what are they?

Yes. I have a Special learning disorder ; P.T.S.D. ; A.D.H.D. ; Bi-Polor ; - All this is in my IDOC Mental Health packet.

4) Have you received any assistance with this case from others, including other inmates? If so, describe the assistance you have received and whether you will continue to receive it.

Yes. Everything that has been filled out so far Was done with the help of Another I.D.OC. Prisoner. This is done on a Very Limited time table.

5) List any other cases you have filed without counsel, and note whether the Court recruited counsel to assist you in any of those cases.

No. None.

6) Describe any other factors you believe are relevant to your ability to litigate this case on your own.

#1.) I can't read or write ;

#2.) My Mental Health issues ; (which are severe) ;

#3.) I was in special Learning classes all my Life ;

## IV. Requirements for the Recruitment of Counsel

By filing this motion, I agree to the following conditions:

- While I set the objectives of the litigation, I acknowledge it is usually counsel's choice as to the strategies used to accomplish that objective.

- I will fully cooperate with recruited counsel. If I do not do so, I understand that recruited counsel may withdraw.

- I understand that counsel is not responsible for paying the costs associated with my lawsuit.

- I understand that I am not entitled to free legal counsel and that recruited counsel may require me to enter into a contingency fee agreement in order to represent me in this action.

- I understand that a portion of any monetary recovery (not to exceed 25%) may be used to satisfy the amount of attorney's fees awarded under 42 U.S.C. § 1988. This requirement is imposed by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(d).

- I understand that even if the Court grants this motion, I will receive counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

- I understand that if my answers in this motion or in my IFP application are false, I may be subject to sanctions, including the dismissal of my case.

I declare under penalties for perjury that the above statements are true and correct:

10-12-26
Date

[signature]
Signature- Signed under penalty of perjury